UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAYLIA ROSE BRAVO, | |
|---|---|
| Plaintiff, | Case No. 16-cv-00406-SK |
| v. | |
| CAROLYN W. COLVIN, | **ORDER TO PAY FILING FEE OR SUBMIT APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |
| Defendant. | Regarding Docket Nos. 6 |

On January 26, 2016, this Court denied Plaintiff's Application to Proceed *in Forma Pauperis* without prejudice in light of the fact that the Plaintiff's declaration was not signed by the Plaintiff.  (Dkt. No. 6)  It is unclear to the Court whether or not the Plaintiff intends to pursue her claim because Plaintiff has neither submitted a new application nor paid the required filing fee.  Therefore, Plaintiff is HEREBY ORDERED to either submit a new application personally signed by the Plaintiff or pay the filing fee no later than February 26, 2016.  Failure to do so will result in dismissal of the claim without prejudice.

**IT IS SO ORDERED**.

Dated: February 11, 2016

SALLIE KIM
United States Magistrate Judge